AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:22-mj-00143 |
| Shawn Lee Tapio | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of Multnomah in the _____ District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2113(a) | Bank Robbery |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:

See attached affidavit of TFO, Brett S. Hawkinson

☑ Continued on the attached sheet.

/s/ By telephone
*Complainant's signature*

Brett Hawkinson, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:11 a.m./p.m.

Date: August 9, 2022

Youlee Yim You
*Judge's signature*

City and state: Portland, Oregon

Youlee Yim You, United States Magistrate Judge
*Printed name and title*